# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **BRYAN D. JONES and JEFFERY G. JONES,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | **Civil Action No. 3:20-cv-0920** |
| **v.** | ) | |
| | ) | **Judge Aleta A. Trauger** |
| **GLAD MUSIC PUBLISHING &** | ) | **Magistrate Judge Newbern** |
| **RECORDING LP d/b/a GLAD MUSIC CO.** | ) | |
| **AND/OR GLAD MUSIC PUBLISHING et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## JOINT MOTION TO ENTER AGREED ORDER
## EXTENDING DEADLINE TO REOPEN ACTION AND FOR DISMISSAL WITH
## PREJUDICE OF DEFENDANT NANCY JONES

Plaintiffs Bryan D. Jones and Jeffery G. Jones and Defendant Nancy Jones ("Parties")
jointly move this Court for entry of the attached Agreed Order Extending the Deadline to Reopen
Action and For Dismissal With Prejudice of Defendant Nancy Jones. In support of this motion
the Parties state as follows:

This Court previously entered an Agreed Order of Dismissal Without Prejudice of
Defendant Nancy Jones. (Doc. No. 148). By its terms, the dismissal of Defendant Nancy Jones
was to become with prejudice on August 13, 2021, as extended, (Doc. 167, Order) unless either
party moved to reopen the case prior to that time. The Parties are working towards resolution
that involves title to over 150 compositions created on or before June 11, 1968, and thus, it is
taking substantially longer to finalize the list of compositions than originally anticipated.
Further, the parties are close to finalizing a settlement agreement and the documents pertaining
to the same, including a comprehensive list of compositions. Thus, the Parties jointly request