# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| BRYAN D. JONES and JEFFERY G. JONES, ) | |
| ) | Civil Action No. 3:20-cv-0920 |
| Plaintiffs, ) | |
| ) | Judge Aleta A. Trauger |
| v. ) | Magistrate Judge Newbern |
| ) | |
| GLAD MUSIC PUBLISHING & ) | |
| RECORDING LP d/b/a GLAD MUSIC CO. ) | |
| AND/OR GLAD MUSIC PUBLISHING et al., ) | |
| ) | |
| Defendants. | |

---

## AGREED ORDER EXTENDING TOLLING AGREEMENTS AND DEADLINE TO REOPEN ACTION AND TO DISMISS WITH PREJUDCE DEFENDANTS GLAD MUSIC PUBLISHING & RECORDING LP d/b/a GLAD MUSIC CO. AND/OR GLAD MUSIC PUBLISHING, NANCY JONES, BMG RIGHTS MANAGEMENT (US) LLC, AND ROUND HILL MUSIC LP

---

Plaintiffs Bryan D. Jones and Jeffery G. Jones filed their complaint on October 26, 2020 naming as defendant, among others, Glad Music Publishing & Recording LP d/b/a Glad Music Co. and/or Glad Music Publishing, Nancy Jones, BMG Rights Management (US) LLC, and Round Hill Music LP ("Round Hill"). By agreed order, these parties have been granted extensions of time to negotiate and finalize a resolution of the issues between Plaintiffs and each of these Defendants with the most recent extension to September 24 2021. To that end, Plaintiffs and each of these Defendants entered into a separate written tolling agreements, and Plaintiffs and each of these Defendants filed Joint Motions for Entry of an Agreed Order of Dismissal Without Prejudice, subject to the action being reopened if the parties were unable to resolve all matters in dispute during the tolling period. Conditional orders of dismissal without prejudice were entered, providing that Plaintiffs or each of these Defendants, as applicable, may reopen the action against

the other party no later than September 24, 2021 if the parties are unable to resolve the matters, and that if the parties did not reopen the action by that date, the dismissal of each of these Defendants would become, at that time, with prejudice. (Doc. 181, Order Glad/Pappy Daily; Doc. 177, Order Nancy Jones; Doc. 176 Order BMG; Doc. 172 Order Round Hill)

Plaintiffs and each of these Defendants have agreed to extend their respective tolling agreements through and including **October 29, 2021**, such that Plaintiffs' claims and each of these Defendants' respective defenses are preserved without requiring these parties to engage in further litigation or to utilize judicial resources in the interim. The parties respectfully move for an Order extending from September 24, 2021 to **October 29, 2021** the deadline within which either Plaintiffs or any one of these Defendants may move to reopen the above-entitled action if they are unable to consummate a settlement and further extending from September 24, 2021 to **October 29, 2021** the deadline that the dismissal of each of these Defendants will become with prejudice. Pursuant to agreement of these parties, and for good cause shown, these parties' joint motion for entry of this Agreed Order Extending Tolling Agreements and Deadline to Reopen the Action and to Dismiss with Prejudice each of these Defendants is **GRANTED**.

**IT IS ORDERED** that the respective written tolling agreements between Plaintiffs and each of the Defendants is extended by agreement from September 24, 2021 to **October 29, 2021**, the right of Plaintiffs or Defendants Glad Music Publishing & Recording LP d/b/a Glad Music Co. and/or Glad Music Publishing, Nancy Jones, BMG Rights Management (US) LLC, or Round Hill LP to reopen this action is extended from September 24, 2021 to **October 29, 2021** if such parties are unable to consummate a settlement. If neither Plaintiffs nor one or more sets of Defendants move to reopen this action on or before **October 29, 2021**, the dismissal will become with prejudice as to the applicable Defendants at that time instead of on September 24, 2021, and shall constitute, at that time, the final judgment in this action, with each of the parties to bear their/its

2

Case 3:20-cv-00920   Document 184   Filed 09/24/21   Page 2 of 4 PageID #: 1457

own attorneys' fees and costs, without further order or action of the Court. The Court shall retain jurisdiction over the settlement agreement.

_____
Aleta A. Trauger
United States District Judge

**APPROVED FOR ENTRY:**

The filing party in this action affirms that all signatories have consented to the filing of this Agreed Order.

DATED: September 23, 2021

s/ Ramona P. DeSalvo
Ramona P. DeSalvo (#018491)
DeSalvo Law Firm PLLC
1033 Demonbreun St., Ste. 300
Nashville, TN 37203
Telephone: (615) 600-4741
rdesalvo@desalvonashville.com
*Attorneys for Plaintiffs Bryan D. Jones and Jeffery G. Jones*

s/ Chris Vlahos
Chris Vlahos (Bar No. 20318)
Jenna L. Harris (Bar No. 31150)
Ritholz Levy Fields, LLP
131 S. 11th St.
Nashville, TN 37206
Telephone: (615) 250-3939
cvlahos@rlfllp.com
jharris@rlfllp.com
*Attorneys for Defendants Glad Music and Pappy Daily*

s/ Tracy J. Willi
Tracy J. Willi
Willi Law Firm, P.C.
5920 W. William Cannon Dr.
Bldg. 6, Ste. 100
Austin, TX 78749
Phone: (512) 288-3200
Fax: (512) 277-6010
twilli@willi.com

*Attorneys for Defendants Glad Music and Pappy Daily*
s/ Patrick Newsom
Patrick Newsom
Newsom Law PLC
40 Music Square East
Nashville, TN 37203
patrick@newsom.law
Office: (615) 251-9500; Phone: (615) 988-0660
Fax: (615) 345-4188
*Attorney for Defendant Nancy Jones*

s/ Robb S. Harvey
Robb S. Harvey (BPR # 011519)
Waller Lansden Dortch & Davis, LLP
511 Union St., Ste. 2700
Nashville, TN 37219
(615) 244-6380
Email: robb.harvey@wallerlaw.com
*Attorney for Defendant BMG Rights Management (US) LLC*

s/ Richard S. Busch
Richard S. Busch, Esq. (#14594)
King & Ballow
315 Union St. Ste. 1100
Nashville, TN 37201
(615) 259-3456
rbusch@kingballow.com
*Attorney for Defendant Round Hill Music LP*